(SPACE BELOW FOR FILING STAMP ONLY)

Michael E. Bubman, Esq. (SBN 143468)
Morgan L. Bubman, Esq. (SBN 345655)
MIRMAN, BUBMAN & NAHMIAS
16133 Ventura Boulevard, Suite 1175
Encino, California 91436
Telephone: (818) 451-4600
Facsimile:  (818) 451-4620
Email: mbubman@mbn.law
       morgan.bubman@mbn.law

Special Counsel for Plaintiff,
Carolyn Dye, Chapter 7 Trustee

# UNITED STATES BANKRUPCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>KEITH WONKI BAE,<br><br>         Debtor.<br>_____<br>CAROLYN DYE,<br>Chapter 7 Trustee,<br><br>         Plaintiff,<br>vs.<br><br>KEITH WONKI BAE, an individual; ESTHER BAE, a/k/a ESTHER YOON, an individual; VICKY LEE, an individual; JAMES BAE, an individual; DANIELLE HEFLIN, an individual; MARIANA AYALA, an individual; ADRIANA AYALA, an individual; ERICK GABRIEL, an individual; ANTONIO JONES, an individual; GUILLERMO CHANCHAVAC, an individual; ALEJANDRO HERRERA, an individual; DTLA SOUTH PARK CORP., a California corporation; BIRDIES LA, a business entity of unknown form; BIRDIES DTLA, a business entity of unknown form ; BAE FG CORP., a California corporation; WOK N' TENDERS, a business entity of unknown form; DOWNTOWN KITCHEN; OLYMPIC KITCHEN; I SAVANT FG, a California corporation; I SAVANT NORCO CORP., a California corporation; BIRDIES NORCO CORP., a California corporation, aka NORCO HAMNER CORP.; CALI FG CORP., a California corporation, dba DUCHESS, dba OLYMPIC KITCHEN, dba DOWNTOWN KITCHEN; PINK PANDA INC., a California corporation; STUDIO CITY VALLEY FG CORP., a California corporation; J & A DEVELOPMENT, INC., a California corporation,<br>         Defendants | Case No.:  2:24-bk-11660-DS<br><br>Chapter 7<br><br>Adversary Case No.:  2:24-ap-01169-DS<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE**<br><br><u>Continued Status Conference</u>:<br>DATE:     January 7, 2025<br>TIME:     1:00 p.m.<br>CTRM.     1639 |

815632.1                                                                                  1

PLEASE TAKE NOTICE that a Status Conference was held in the above-captioned matter on September 12, 2024, at 1:00 p.m., before the Honorable Deborah J. Saltzman, Judge Presiding. At that time the Court continued the matter for a further Status Conference to January 7, 2025, at 1:00 p.m., in Courtroom 1639.

DATED: October 28, 2024    **MIRMAN, BUBMAN & NAHMIAS**

By: _____
    MICHAEL E. BUBMAN
Attorneys for Carolyn Dye,
Chapter 7 Trustee

815632.1    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Blvd., Suite 1175, Encino, CA  91436

A true and correct copy of the foregoing document described **NOTICE OF CONTINUANCE OF STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 28, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Bob Benjy**    bob@benjylaw.com, bbenjy.esq@gmail.com
- **Michael E Bubman**    mbubman@mbn.law, aacosta@mbnlawyers.com
- **Carolyn A Dye (TR)**    trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL**
On *(date)* October 28, 2024 served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY IS NOT REQUIRED.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)*_____ I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 28, 2024 | Ana I. Acosta | /s/ Ana Acosta |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                    F 9013-3.1

Keith Wonki Bae
419 N. Larchmont Blvd., #298
Los Angeles, CA  90004

Alejandro H. Herrera, Esq.
HERRERA CLIFTON HESS, PC
100 Wilshire Blvd., Suite 700
Santa Monica, CA  90401

Danielle Heflin
1231 S. Hill St., #684
Los Angeles, CA  90015

Esther Bae aka Esther Yoon
889 Francisco St., #2706
Los Angeles, CA  90017

Vicky Lee
889 Francisco St., #2706
Los Angeles, CA  90017

James Bae
327 Hoover St., #316
Los Angeles, CA  90020

Mariana Ayala
2301 Kent St.
Los Angeles, CA  90015

Adriana Ayala
2301 Kent St.
Los Angeles, CA  90015

Erick Gabriel
1960 Sheridan St.
Los Angeles, CA  90033

Antonio Jones
3573 W. 3rd St., #121
Los Angeles, CA  90020

Gullermo Chanchavac
4610 S. Central Ave., #3
Los Angeles, CA  90011

Vicky Lee
400 S. Broadway, #2710
Los Angeles, CA  90013

Wok N' Tenders
c/o Erick Gabriel
1960 Sheridan St.
Los Angeles, CA  90033

Esther Bae
400 S. Broadway, #2710
Los Angeles, CA  90013

Olympic Kitchen
312 W. Olympic Blvd.
Los Angeles, CA  90015

J & A Development, Inc.
c/o Luis Vasquez
4610 S. Central Ave., #3
Los Angeles, CA  90011

Olympic Kitchen
c/o Adriana Ayala
2301 Kent St.
Los Angeles, CA  90015

Downtown Kitchen
312 W. Olympic Blvd.
Los Angeles, CA  90015

Duchess
312 W. Olympic
Los Angeles, CA  90015

Downtown Kitchen
c/o Adriana Ayala
2301 Kent St.
Los Angeles, CA  90015

Guillermo Chanchavac
P.O. Box 20855
Los Angeles, CA  90006