**FILED & ENTERED**

FEB 24 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>KEITH WONKI BAE,<br>　　　　　　　　　　Debtor. | Case No. 2:24-bk-11660-DS<br><br>Chapter 7<br><br>Adv. No. 2:24-ap-01169-DS |
| CAROYN DYE, Chapter 7 Trustee,<br>　　　　　　　　　　Plaintiff,<br>　v.<br>KEITH WONKI BAE el al.,<br>　　　　　　　　　　Defendants. | **ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>OSC Hearing:<br>Date:　April 7, 2026<br>Time:　1:00 p.m.<br>Place:　Courtroom 1639<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California 90012 |

　　　A continued status conference was held on February 24 at 1:00 p.m. No appearance was made for plaintiff and chapter 7 trustee Carolyn Dye (the "Trustee") or for any of the defendants. Based on the ruling of the court at the prior status hearing held on December 18, 2025, a status report was due no later than February 17, 2026. No status report was filed.

　　　Based on the failure of the Trustee to appear, the Trustee's failure to prosecute the complaint, and the record in this proceeding, and for the reasons stated on the record at the status conference,

IT IS HEREBY ORDERED that the Trustee must appear before the court on April 7, 2026 at 1:00 p.m. to show cause, if any, why the complaint in this proceeding should not be dismissed for failure to prosecute.  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962) (recognizing a court's "inherent power" to clear its docket of "cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief"); *Al-Torki v. Kaempen*, 78 F.3d 1381, 1385 (9th Cir. 1996).

IT IS FURTHER ORDERED that an objection, if any, to the above must be in writing and filed with the court at least 14 days before the hearing.  Any objection not filed and served timely may be deemed waived.

###

Date: February 24, 2026

Deborah J. Saltzman
United States Bankruptcy Judge